UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edward Contino

_____

(In the space above enter the full name(s) of the plaintiff(s).)

11 CIV. 8537

v.

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

Defendant No. 1  New York City Department of Corrections. (Hereinafter N.Y.C. DOC.

Defendant No. 2  Dora Schriro, Commissioner of N.Y.C. D.O.C.

Defendant No. 3  Evelyn Maribal, Warden Otis Bantum Correctional Center.

Defendant No. 4  Mayor Michael R. Bloomberg Mayor of the City of New York

Defendant No. 5  Police Commissioner Raymond Kelly Commissioner of the New York City Police Department.

Jury Trial: Yes ✓ No ___
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name   Edward Contino
              ID #   541-11-01569
              Current Institution  Otis Bantum Correctional Center (O.B.C.C)
              Address  1600 Hazen Street
                       East Elmhurst New York 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1   Name NEW YORK CITY DEPARTMENT OF CORRECTION Shield # _____
                 Where Currently Employed _____
                 Address 75-20 Astoria Blvd
                 East Elmhurst, New York 11370

Defendant No. 2   Name Dora Schriro, Commissioner (NYC DOC) Shield # _____
                 Where Currently Employed _____
                 Address 75-20 Astoria Blvd
                 East Elmhurst, NY 11370.

Defendant No. 3   Name Evelyn Maribal, Warden   Shield # _____
                 Where Currently Employed Otis Bantum Correctional Center
                 Address 1600 Hazen St
                 East Elmhurst NY 11370

Defendant No. 4   Name Michael R. Bloomberg, Mayor Shield # _____
                 Where Currently Employed _____
                 Address City Hall of New York City
                 New York, New York 10007

Defendant No. 5   Name Raymond Kelly, Commissioner (NYPD) Shield # _____
                 Where Currently Employed _____
                 Address 1 Police Plaza
                 New York, New York 10038

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? The Otis Bantum Correctional Center (hereinafter O.B-CC).

B. Where in the institution did the events giving rise to your claim(s) occur? In all area's of the Correctional Center.

C. What date and approximate time did the events giving rise to your claim(s) occur? From my arrival here at O-B-CC. up until the date of this claim

2

D. **Facts:** Upon entry into the OBCC Otis Bantum Correctional Center I was placed in a overcrowded holding pen awaiting medical screening which took entirely too long to complete. I was then sent to a dormitory full of other detainees that had 60 beds. I had complained to the unit officer that I was being illegally housed and my prisoner rights was being violated. There is only to be 50 inmates housed in one dormitory. The overcrowding of the jails also have effects that are direct and some that are collateral results of the overcrowding. I have submitted a grievance that was answered (see attached grievance) and deliberate indifference has been shown. Visits take longer for the registration process, often frustrating my visitor to the point of making my visitor leave without seeing me. It takes much longer to conduct feeding's, sick call, medication, and other services. Some services have even been discontinued, like laundry services. There is no indoor recreation due to the overcrowded conditions. The gymnasium cannot accommodate so many prisoners. Gun were made to have outdoor recreation even in heavy snow and rain. This warden and the New York City Department of Corrections along with the commissioner of are aware of this overcrowded conditions and are therefore, liable, also to deliberate indifference for failure to act. Mayor Michael Bloomberg is also liable because of his arrest policies, such as operation spotlight which also leads to overcrowding of the jails. Continue on (ID facts)

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Impermissible punishment, violation of my Constitutional Rights (V, VI, VII, IX & XIV. Cons-amend) violation of my prisoner rights, violation of my human rights, violation of minimum standards sections;

Deliberate indifference for failure to act, violation of consent decrees, violation of prisoner population caps, warehousing humans, contempt of court by disregarding order of honorable Judge Casket of Southern District of New York

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ✓  No ___

3

I.D Facts: continued.

Police Commissioner Raymond Kelly is also liable to to his aggressive policing in urban neighborhoods targeting specific demographics (Blacks & Latinos) have also contributed greatly to the overcrowding of the jails.

Mayor Bloomberg's name also is on the N.Y.D.O.C.'s minimum standards along with the seal of the City of New York.

All of the named deffandants are directly responsible in some form to the detention on the following sections of minimum standards of N.Y.C.D.O.C.

1-03 Hygene
   (a) B) C) d) E) F) G) H) i) J)
1-04 Overcrowding
   (a) B)
1-05
   Lock in  a) B) C) D)
1-06 Recreation
   a) B) C) d) E) F) G) H)
1-08 access to corts & legal services.
   A) B) C) d) E) F) G) H) i) J)
1-09 Visiting
   a) B) C) d) E) F) G) H)
1-10 Telephone calls.
   a) B)
1-11 Correspondence.  a) B) C) D) E) F)

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Ottis Bantum Correctional Center._

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know _✓_
If YES, which claim(s)? _____

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose **not** cover some of your claim(s)?

Yes ____ No ____ Do Not Know _✓_
If YES, which claim(s)? _____

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Grievance was placed in grievance box (see attached copy)_

1. Which claim(s) in this complaint did you grieve? _All or most I have stated in my grievance tha numerous violations of minimum standards are currently happening_

2. What was the result, if any? _Nothing was done at all_

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _I dropped a grievance, spoke to area captains, an area assistant deputy warden, nothing has been done. I have done all that I can to with the grievance process_

4

G. If you did not file a grievance, did you inform any officials of your claim(s)?
Yes _____ No _____

1. If YES, whom did you inform and when did you inform them? I have spoken to all captins deputy wardes and corrections officers

2. If NO, why not? _____

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. When I submitted my grievence nothing was done I spoke to officers various captains and deputy wardens to no avail I was often told "this is jail, you shouldn't have gotten arested" or other comments to the effect were made.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:
State what you want the court to do for you. I am seeking the amount of 50,000 (fifty thousand dollars) for all the issues raised in this claim and all of the injuries named within the body of this claim. Inpersuanable punsment violation of my prisoner rights violation of my constatutional rights violation of my human rights. Deliberate indeferant for falure to act, Health code violations contempt of court for decises, violation of population caps violation of Hon Judge Lasker (SDNY) final order mimumi standerd of N.Y.C. DOE. security violators cal/sace housing Humans

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
  Yes _____ No ✓

[On these claims]

5

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1. Parties to this previous lawsuit:
  Plaintiff _____
  Defendants _____
  2. Court (if federal court, name the district; if state court, name the county) _____
  3. Docket or Index number _____
  4. Name of Judge assigned to your case _____
  5. Approximate date of filing lawsuit _____
  6. Is the case still pending? Yes ___ No ___
  If NO, give the approximate date of disposition _____
  7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ___ No ✓

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1. Parties to this previous lawsuit:
  Plaintiff _____
  Defendants _____
  2. Court (if federal court, name the district; if state court, name the county) _____
  3. Docket or Index number _____
  4. Name of Judge assigned to your case _____
  5. Approximate date of filing lawsuit: _____
  6. Is the case still pending? Yes ___ No ___
  If NO, give the approximate date of disposition _____
  7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

Signed this 27 day of OCT, 2011. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff _Ellewell Ceelleer_
Inmate Number  541-11-01569
Mailing address  Ottis Bantum Correctional Center
1600 Hazen St
East Elmhurst N.Y 10370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 27 day of OCT, 20 11, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Ellewell Ceelleert_

rev. 09/04